IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>EPIFANIO RAMIREZ,<br><br>                  Defendant. | CASE NO.  2:22-CR-147-02 WBS<br><br>**ORDER** |

      The Court, having read and considered the United States' Motion to Dismiss Count Ten of the Indictment, and finding that the defense does not oppose it, orders as follows:

1. Count Ten of the Indictment, charging a violation 21 U.S.C. §§ 846, 841(a)(1), Conspiracy to distribute and to possess with intent to distribute methamphetamine and heroin, is hereby dismissed without prejudice as to. defendant Epifanio Ramirez only, pursuant to Federal Rule of Criminal Procedure 48(a).
2. The trial set in this matter for December 9, 2025, the trial confirmation hearing set for November 3, 2025, and all other trial-related dates are hereby vacated.
3. The January 12, 2026 sentencing date shall remain as set at this time.

**IT IS SO ORDERED.**

Dated:  October 30, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1